Submitted on record and briefs June 2, reversed and remanded July 12, 2000

Scott Reed VOLLSTEDT,
*Petitioner,*
*and*

Laura Marie JAAP-VOLLSTEDT,
*Respondent.*

STATE ex rel STATE OF OREGON,
*Respondent,*

*v.*

Laura Marie JAAP-VOLLSTEDT,
nka Laura Marie Stickling,
*Appellant.*

(15-97-10004; CA A107678)

7 P3d 738

Gary R. Clarke filed the brief for appellant. With him on the brief was Linda J. Wilson & Associates.

Brendan C. Dunn, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from a remedial judgment of contempt for failing to pay court-ordered child support. ORS 33.055; ORS 33.105. She appeared for the hearing on this matter without an attorney. The trial court did not notify her of her right to be represented by counsel, as ORS 33.055(9) requires it to do. The state concedes that that failure was reversible error, and we agree. *State ex rel Redden v. Breck*, 111 Or App 404, 826 P2d 643 (1992).

Reversed and remanded.